Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Ryan Harper                                                Docket No. 00-00124-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Ryan Harper, who was placed on supervision by the Honorable Robert J. Cindrich sitting in the Court at Pittsburgh, Pennsylvania, on the 2nd day of July 2001, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall participate in a program for substance abuse which may include drug testing.
- Shall pay a special assessment of $200.

| | |
|---|---|
| **07-02-01**: | Possession With Intent to Distribute Less Than 100 Grams of Heroin and Using or Carrying a Firearm During a Drug Trafficking Offense; Total of 70 months' imprisonment, 3 years' supervised release. |
| **08-18-05**: | Released to supervision; Currently supervised by U.S. Probation Officer John P. Kuklar. |
| **06-28-07**: | Arrested by Pittsburgh, Pennsylvania, Police Department on charges of Receiving Stolen Property, Intimidation of a Witness, and Criminal Conspiracy. These charges were withdrawn by Allegheny County, and the releasee was charged with the above charges and additional criminal charges in Westmoreland County, Pennsylvania. |
| **07-10-08**: | Releasee entered a plea of nolo contendere to the following charges in Westmoreland County Court of Common Pleas: 3 counts of Criminal Mischief, 3 counts of Theft, 3 counts of Receiving Stolen Property, and 1 count of Criminal Conspiracy to Commit Theft. |

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports the following:

**While on supervision, you shall not commit any crimes, Federal, state, or local.**

On July 10, 2008, in the Court of Common Pleas of Westmoreland County, Pennsylvania, at Case No. 4558C 2007, the releasee entered a plea of nolo contendere to the following charges: three counts of Criminal Mischief; three counts of Theft, three counts of Receiving Stolen Property, and one count of Criminal Conspiracy to Commit Theft. The court accepted the releasee's plea, and sentencing in this matter has been deferred for 60 days.

2008 JUL 23 PM 3:05
CLERK
U S DISTRICT COURT

U.S.A. vs. Ryan Harper
Docket No. 00-00124-001
Page 2

PRAYING THAT THE COURT WILL ORDER that the supervised releasee appear in Federal Court, Courtroom No._____, _____ Floor, U.S. Post Office and Courthouse, Pittsburgh, Pennsylvania, with legal counsel on _____ at _____, to show cause why supervision should not be revoked.

### ORDER OF COURT

Considered and ordered this _____ day of _____, 20___ and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      July 15, 2008

_____
John P. Kuklar
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place:      Pittsburgh, Pennsylvania