# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

USA )
)
~~Plaintiff,~~ )
)
vs. ) No. CR 00-124
)
Harper )
)
Defendant. )

TYPE OF CONFERENCE: Revocation Hearing ~~Case Management / Settlement Conference / Pre-Trial~~

Before Judge Ambrose

Michael Ivory, AUSA          Penn Hackney, AFPD
_____     _____
Appear for Plaintiff          Appear for Defendant

Hearing begun: 10:38 AM  8/7/08    Hearing adjourned to: _____

Hearing concluded C.A.V.: 10:57 AM 8/7/07   Clerk: Sherry Halfhill / Lisa Tumolo / (Jack Hamilton)
                                                    Anne Kurzweg / Susan Schupansky
                                                    Leigh Ferron / Carolyn Allen

Reporter: Julie Kienzle

* Defendant sworn and spoke on his own behalf

* Petition for Revocation - Granted

* Order/Judgment to follow